IN THE SUPREME COURT OF TEXAS

 No. 08-0886

 IN RE HEI RESOURCES, INC., R.D. TUSETH, RICK STRATTON AND STEVEN HEARNE

 On Petition for Writ of Mandamus

ORDERED:

 1. Relators' emergency motion for temporary relief, filed October
20, 2008, is granted. The order dated August 6, 2008, in Cause No. 42,339,
styled Antares Energy Company (USA), Andrew Maclachlan, Inc., Adelphi
Energy Texas, Inc., Alpine Drilling Program, LP, Pacer Energy, Ltd., and
Index Oil & Gas (USA) LLC v. S. Lavon Evans, Jr. Operating Co., Inc., S.
Lavon Evans, Jr., HEI Resources East OMG Joint Venture, Heartland Energy
Operating, LP, and HEI Resources, Inc., in the 23rd District Court of
Wharton County, Texas, is stayed pending further order of this Court.
 2. The real party in interest is requested to respond to relator's
petition for writ of mandamus on or before 3:00 p.m., November 24, 2008.
 3. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this October 24, 2008.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk